UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **DARRELL K. WINDHAM,** | **CIVIL ACTION NO. 4:06-cv-00044** |
| Plaintiff, | |
| | **JUDGE LEE** |
| VERSUS | |
| **DOLLAR GENERAL CORPORATION,** | **MAGISTRATE ANDERSON** |
| Defendant. | |

## ORDER

Considering the foregoing Joint Motion to Dismiss and finding it to be in order and well-taken;

IT IS HEREBY ORDERED THAT Plaintiff Darrell K. Windham's claims against Defendant Dolgencorp, Inc. in this matter be and are hereby dismissed with prejudice, each party to bear their own costs.

Jackson, Mississippi this 2nd day of March 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE